**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 12-CR-00083-CM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS SIM,

    Defendant.

---

### MOTION TO DETERMINE COMPETENCY OF DEFENDANT

---

Defendant Thomas Sim, through his attorney Richard N. Stuckey, respectfully moves under 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant for the following reasons:

1. At hearing on October 11, 2012, this Court granted the motion by prior counsel to withdraw and appointed the undersigned under the Criminal Justice Act.

2. Following that hearing, and on October 15th, counsel has conferred with the defendant regarding his mental and psychological state. Defendant has indicated that he is confused and cannot understand "Why I do the things I do." He has indicated previously to counsel that he feels traumatized by his prior periods of incarceration, and the things he has seen and done, and had done to him, while in prison.

3. Defendant now indicates strongly that he feels he should have a competency examination. He relates that an episode at the Federal Detention Center, where he "ate my [eye]glasses" and another episode at the Denver Detention Facility, for which he

was placed in segregation, are typical instances of his confusion and an inability to control his actions rationally. He indicates a general inability to control his thoughts and his actions, and he is therefore constantly in a mental state of confusion, depression, and he also seems to suffer from an acute short-term memory loss.

    4. Counsel therefore suggests that there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent" under 18 U.S.C. § 4241(a), and respectfully requests that the Court order under 18 U.S.C. § 4241(b) that a psychiatric or psychological examination be conducted and that a report thereof be filed with the Court. Following that examination and report, counsel requests that the Court set the matter for a hearing under 18 U.S.C. §4241. If it is then shown by a preponderance of the evidence that defendant is mentally incompetent, defense will request that the Court order defendant to the custody of the Attorney General for hospitalization and treatment at a federal facility. 18 U.S.C. § 4241(d).

    5. Should the Court grant this motion, counsel will coordinate with the appropriate medical staff at the Federal Detention Center in Englewood, Colorado, in getting pertinent documents in this case to them and in furnishing them the appropriate orders of the Court. Defendant is housed at present by the U.S. Marshal in the Denver Detention Facility, and medical staff at Englewood will of necessity have to travel there for any examinations.

    6. Counsel has attempted to contact the Assistant U.S. Attorney assigned to this case, and has left messages, but at the time of this filing the position of the government on this motion is unknown.

Dated: October 16, 2012.    s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
1801 Broadway, Suite 1100
Denver, CO  80202
303-292-0110
FAX: 303-292-0522
Email: dick@richardstuckeylaw.com
Attorney for Defendant Thomas Sim

CERTIFICATE OF SERVICE

  I hereby certify that on October 16, 2012, I electronically filed the foregoing Motion to Determine Competency of Defendant with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
1801 Broadway, Suite 1100
Denver, CO 80202-3839
Office Phone: 303-292-0110
Fax Phone: 303-292-0522
E-mail dick@richardstuckeylaw.com
Attorney for Defendant Thomas Sim