IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00083-CMA
(Consolidated with Criminal Case No. 01-cr-00007-CMA)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS SIM,

    Defendant.

---

**ORDER REGARDING MOTION TO DETERMINE
COMPETENCY OF DEFENDANT**

---

This matter is before the Court on Defendant's Motion To Determine Competency (Doc. # 43). Upon further review of the motion and the case file, the Court hereby ORDERS that the motion is GRANTED, and further orders as follows:

    1.    Pursuant to 18 U.S.C. § 4241(b), the Court ORDERS that a psychiatric or psychological examination be conducted and that a report thereof be filed with the Court.

    2.    Defense counsel has offered in his Motion (Doc. # 43) to coordinate with the appropriate medical staff at the Federal Detention Center in Englewood, Colorado, and to furnish to them pertinent documents in this case and appropriate orders of this Court. The Court hereby ORDERS defense counsel to do so.

3. Following a review of such psychiatric or psychological report, the Court will set the matter of competency for a hearing under 18 U.S.C. § 4241.

IT IS FURTHER ORDERED that the parties shall file a joint status report on this matter 45 days from the date of this Order.

DATED: December __19__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge